IN THE SUPREME COURT

| 198P16 | State v. Miguel Melo Nolasco | Def's PDR Under N.C.G.S. § 7A-31 (COA15-972) | Denied |
|---|---|---|---|
| 211PA16 | SED Holdings, LLC v. 3 Star Properties, LLC, et al. | 1. Defs' Motion to Appear | 1. Allowed **11/01/2016** |
| | | 2. Plt's Motion to Stay Proceedings Against 3 Star Properties, LLC, Because it is in Bankruptcy | 2. Special Order **11/01/2016** |
| | | 3. Plt's Motion that Plaintiff be Permitted to Proceed Now in the Trial Court Against the Remaining Defendants | 3. Special Order **11/01/2016** |
| 226P16-2 | In re Foreclosure of Deed of Trust from Burman Howard Maine, Betty Farmer Maine and Brandon Travis Maine, Grantor, to PBRE, Inc., Trustee, Recorded in Book 405, Page 2169, in the Ashe County Public Registry by Morrison Trustee Services, LLC, Substitute Trustee | Petitioners' *Pro Se* Motion for Request to Clarify | Dismissed |
| 226P16-3 | Betty F. Maine and Brandon Maine v. Keith B. Nichols, et al. | Petitioners' *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 228P16 | State v. Derrick Dewayne Wallace | 1. Def's Notice of Appeal Based Upon a Constitutional Question (COA15-783) | 1. Dismissed *ex mero motu* |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion for Response to PDR to be Deemed Timely Filed | 3. Dismissed as moot |
| 239P16 | State v. Chad Braxton Bumpers | 1. State's Motion for Temporary Stay (COA16-1) | 1. Allowed **06/24/2016** Dissolved **12/08/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |